UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| A.Z.,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | No. 5:26-cv-06104-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT ORDERED, ADJUDGED, AND DECREED that the Petition is denied and this action is dismissed with prejudice as to Petitioner's challenge to her detention and without prejudice as to her challenge to the sufficiency of her bond hearing.

Dated: October 16, 2026____

JOHN D. EARLY
United States Magistrate Judge